FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 12 2013

JAMES W. McCORMACK, CLERK
By:_____
               DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY A. SMITH            PLAINTIFF

VS.      NO. 4:12-CV-00003-KGB

UNITED STATES OF AMERICA            DEFENDANT

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES RANDY SMITH, the plaintiff herein, by and through counsel, and respectfully exercises his right to move for a non suit of his claim and prays the Court to enter an Order of dismissal without prejudice.

Most respectfully submitted,

_____
Sandy S. McMath
AR Bar No. 66049
Sandy S. McMath & Associates, PA
711 West 3d Street
Little Rock, AR 72201
Telephone 501-396-5414
sandymcmath@aol.com

## CERTIIFICATE OF SERVICE

A Copy hereof has been served electronically and by First Class U.S. Mail this 12th day of September 2013 upon the Hon. Lindsey Lorance, Assistant United States Attorney, Metropolitan National Bank Building, Suite 500, Little Rock, AR 72201.

_____
Sandy S. McMath