**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RANDY A. SMITH**                                                                                        **PLAINTIFF**

**v.**                                       **Case No. 4:12-cv-00003 KGB**

**UNITED STATES OF AMERICA**                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff's pending claims are dismissed without prejudice.

SO ADJUDGED this 15th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE